UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-4952 (PAM/JJG)

| | |
|---|---|
| BASSWENI WILLIAM AGAMIRI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF** |
| ) | **DISMISSAL WITH** |
| SHARON V. DOOLEY, FIELD OFFICE ) | **PREJUDICE** |
| DIRECTOR, ST. PAUL OFFICE; ) | |
| JANET NAPOLITANO, UNITED STATES ) | |
| SECRETARY OF HOMELAND SECURITY; ) | |
| ERIC H. HOLDER, JR., ) | |
| UNITED STATES ATTORNEY GENERAL, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Stipulation of Dismissal With Prejudice filed herein, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 15, 2011

    s/Paul A. Magnuson
    Paul A. Magnuson
    United States District Court Judge

1